AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 16- MJ-61 |
| MALIK BRIDGEWATER | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 9, 2016__ in the county of __East Baton Rouge__ in the __Middle__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Theft of firearms from a Federal Firearms Licensee |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason P. Bunch, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/14/2016

_____
Judge's signature

City and state: Baton Rouge, Louisiana

Richard L. Bourgeois, Jr., U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | :  CASE NO. 16- MJ - 61 |
| | : |
| MALIK BRIDGEWATER | : |

**AFFIDAVIT**

Before me, the undersigned authority, personally came and appeared Jason P. Bunch, Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), who, after being duly sworn, stated the following information which he acknowledges as true to the best of his knowledge and belief:

1. I am a Special Agent with the ATF in Baton Rouge, Louisiana and have been so employed since July 2015. I have attended and successfully completed training for the Federal Law Enforcement Criminal Investigation Training Program and the Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Basic Training. I have conducted numerous investigations relating to the aspects of state and federal firearms violations. As a result of my training, general knowledge, and experience as a Special Agent with ATF, I am familiar with the Federal Firearms Laws. I know that it is a violation of Title 18, United States Code, Section 922(u), to steal firearms from a Federal Firearms Licensee.

2. As set forth below, I am conducting an investigation of **Malik BRIDGEWATER,** (hereinafter **"BRIDGEWATER"**), (Black/Male, DOB: 6/5/1996 FBI number -16339CE7) for theft of firearms from a Federal Firearms Licensee (FFL).

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This


Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. This Affidavit is made in support of an application for a criminal complaint for the arrest of **BRIDGEWATER.**

4. On July 9, 2016 ATF Agents from the Baton Rouge Field Office, burglary detectives with the Baton Rouge City Police Department, and detectives from the East Baton Rouge Parish Sheriff's Office responded to a report of theft of firearms from Cash America Pawn of Baton Rouge #3 located at 3347 Government St., Baton Rouge, LA. Cash America Pawn is a business that holds a Federal Firearms License (FFL) #572033028F88310.

5. Through statements made by Cash America Pawn manager Amy Green, by observing video surveillance at Cash America Pawn, and by collecting and observing evidence at the FFL, Agents learned that several firearms were stolen from Cash America Pawn during the commission of a burglary of the business. Agents were able to observe on video surveillance from Cash America Pawn that four black male suspects were inside the business on the early morning of July 9, 2016 while the business was closed. Agents observed a hole through the concrete roof of the business indicating the forced entry point into the business by the suspects. The manager, Amy Green, conducted an inventory of the firearms located in the business and discovered that eight (8) firearms had been stolen from the business. Of the firearms stolen, seven (7) were semi-automatic pistols and one was a revolver. Of the eight (8) stolen, one (1) firearm was recovered shortly after the burglary and was not listed on the theft/lost report provided to ATF.

6. Agents also learned that Baton Rouge City Police uniformed patrol officers arrested an individual believed to be involved, hereinafter referred to as "Suspect 1", on July 9, 2016 at approximately 0220. During that arrest, Suspect 1 was found in possession of one

firearm and a BB air pistol that had been stolen from Cash America Pawn. During a recorded interview with Suspect 1, he admitted to burglarizing Cash America Pawn with three other individuals. Suspect 1 advised that he and the three other suspects used a ladder to climb onto the roof of the business, then used a sledge hammer to break through the roof. Suspect 1 stated that he and the three accomplices stole the firearms to shoot police officers. Suspect 1 also showed Agents the residence of two accomplices that were his accomplices during the burglary. One residence was located at 2050 Hemlock St., Baton Rouge, LA.

7. Agents were able to confirm that **BRIDGEWATER** lived at 2050 Hemlock with his mother. A photographic lineup was compiled containing **BRIDGEWATER**'s photograph and five other similar looking black males. Suspect 1 positively identified **BRIDGEWATER** from the photo lineup as one of the accomplices involved in the burglary. Baton Rouge City Police Detectives obtained a search warrant for the residence located at 2050 Hemlock and an arrest warrant for **BRIDGEWATER**, both of which were signed by the Honorable Judge Bonnie Jackson of the 19th Judicial District. The search warrant was executed on July 9, 2016. During the course of the search of the residence Agents found "for sale" tags from Cash America Pawn in **BRIDGEWATER**'s bed room.

8. During the early morning of July 10, 2016 **BRIDGEWATER** turned himself into police. After turning himself into police, **BRIDGEWATER** assisted police with locating three of the firearms that were stolen from Cash America Pawn that he kept after the burglary. During a recorded interview **BRIDGEWATER** admitted to taking part in the burglary. **BRIDGEWATER** stated that he participated in using a sledge hammer to break through the roof of the business. He also confirmed that there were three other accomplices with him during the

burglary. **BRIDGEWATER** stated that his motivation for committing the burglary was to sell any stolen items for cash.

9. On July14, 2016, ATF Special Agent L. Goldsmith, a firearms interstate nexus expert, conducted a preliminary review of the seven firearms that were stolen from Cash America Pawn. Special Agent Goldsmith advised me that the firearms were not manufactured in Louisiana and therefore affected interstate commerce.

10. Based upon the foregoing, I have probable cause to believe that **BRIDGEWATER** is in violation Title 18, United States Code, Section 922(u), theft of firearms from a Federal Firearms Licensee.

_____
Jason P. Bunch, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me on this  14th  day of July, 2016, Baton Rouge, Louisiana.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

4