## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CASE NO. 16-mj-61 |
| | : | |
| MALIK BRIDGEWATER | : | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE RICHARD L. BOURGEOIS, JR., THE UNITED STATES MAGISTRATE JUDGE FOR THE MIDDLE DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Jennifer M. Kleinpeter, Assistant United States Attorney for the Middle District of Louisiana, respectfully shows to this Court:

That **MALIK BRIDGEWATER** is now confined in the East Baton Rouge Parish Prison in Scotlandville, Louisiana, and is in the custody of the Warden of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **MALIK BRIDGEWATER** is charged in the United States District Court for the Middle District of Louisiana with theft of firearms from a Federal Firearms Licensee, in violation of Title 18, United States Code, Section 922(u), and it is necessary for the said **MALIK BRIDGEWATER**, to appear for an initial appearance in the United States District Court for the Middle District of Louisiana on 15th day of July, 2016, at 3:30 p.m., before the Honorable Richard L. Bourgeois, Jr., after which he is to remain in the custody of the United States Marshal until all federal proceedings are concluded.

**WHEREFORE**, petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of East Baton Rouge

Parish Prison in Scotlandville, Louisiana, requiring him to surrender the body of the said

**MALIK BRIDGEWATER**, to the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the United States Marshal in the United States District Court for the Middle District of Louisiana, on a date and time to be determined by the Court, before the Honorable Richard L. Bourgeois, Jr., and thereafter remain in the custody of the United States Marshal until all federal proceedings are concluded.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

/s/ Jennifer M. Kleinpeter
Jennifer M. Kleinpeter, LBN 18329
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: jennifer.kleinpeter@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CASE NO. 16-mj-61 |
| | : | |
| MALIK BRIDGEWATER | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *United States' Petition for Writ of Habeas Corpus Ad Prosequendum* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, on this 14th day of July, 2016.

/s/ Jennifer M. Kleinpeter
Jennifer M. Kleinpeter, LBN 18329
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CASE NO. 16-mj-61 |
| | : | |
| MALIK BRIDGEWATER | : | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Let a writ of habeas corpus ad prosequendum be issued to the Warden of the East Baton Rouge Parish Prison in Scotlandville, Louisiana, or one of his authorized deputies, ordering and directing said Warden of the said institution, or one of his authorized deputies, to surrender the body of **MALIK BRIDGEWATER** to the United States Marshal, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the United States Marshal in the United States District Court for the Middle District of Louisiana for an initial appearance on the 15th day of July, 2016, at 3:30 p.m., before the Honorable Richard L. Bourgeois, Jr. After said initial appearance, **MALIK BRIDGEWATER** is to remain in the custody of the United States Marshal until all federal proceedings are concluded.

This Order shall constitute the Writ of Habeas Corpus Ad Prosequendum.

Baton Rouge, Louisiana, this _____ day of _____, 2016.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA